ORIGINAL

**Clay D. Creps**, OSB #92044
E-mail: clay.creps@bullivant.com
**John M. Kreutzer**, OSB #97306
E-mail: john.kreutzer@bullivant.com
BULLIVANT HOUSER BAILEY PC
300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204-2089
Telephone: 503.228.6351
Facsimile: 503.295.0915
Attorneys for Defendant

FILED'06 SEP 15 17:01USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **JEFFERY CLAY LEWIS**, an individual,<br><br>Plaintiff,<br><br>v.<br><br>**CASE FORENSICS CORPORATION**, a Washington corporation,<br><br>Defendant. | Civil No.: 06-CV-666-AS<br><br>**TEMPORARY RESTRAINING ORDER** |

Upon consideration of the Defendant's Motion for Temporary Restraining Order and Order to Show Cause filed September 6, 2006, and following a contested hearing that took place on September 12, 2006, following notice

IT IS HEREBY ORDERED:

1.   Based upon Paragraph 12 of the Employment Agreement between Plaintiff and Defendant, Plaintiff is restrained and enjoined from working for any direct competitor of Defendant whose actual business is forensic engineering;

Bullivant|Houser|Bailey PC
888 S.W. Fifth Avenue, Suite 300
Portland, Oregon 97204-2089
Telephone: 503.228.6351

**TEMPORARY RESTRAINING ORDER**
**Page 1**

2.   This Temporary Restraining Order shall remain in effect until entry of Order on Defendant's motion for a preliminary injunction, or until otherwise resolved by the parties, whichever occurs first;

3.   Hearing on Defendant's motion for a preliminary injunction shall occur on September 27, 2006 at 1:30 p.m.; and

4   Defendant shall not be required to post a bond in accordance with the Employment Agreement.

IT IS SO ORDERED this __14__ day of September, 2006.

_____
Honorable Ancer L. Haggerty
United States District Court Judge

SUBMITTED BY:
BULLIVANT HOUSER BAILEY, PC

By: _____
Clay D. Creps, OSB #92044
John M. Kreutzer, OSB #97306

Attorneys for Defendants

10287894.1

Bullivant|Houser|Bailey PC
888 S.W. Fifth Avenue, Suite 300
Portland, Oregon 97204-2089
Telephone: 503.228.6351

**TEMPORARY RESTRAINING ORDER**
**Page 2**